IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | | |
|---|---|---|
| JOHN S. MUIR and LAUREN N. MUIR, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-00020-JGH |
| | ) | |
| KENTUCKY TELCO FEDERAL | ) | |
| CREDIT UNION, ET AL. | ) | |

** ** ** **

## AGREED ORDER OF DISMISSAL

Come the Plaintiffs, John S. Muir and Lauren N. Muir, and the Defendants, Kentucky Telco

Federal Credit Union, Trans Union, LLC and Experian Information Solutions, Inc., each by the

undersigned counsel, and hereby stipulate and agree that Plaintiff's claims against the Defendants

are hereby dismissed with prejudice, each party to bear its own costs.

AGREED TO AND TENDERED BY:

| | |
|---|---|
| */s/David W. Hemminger* | */s/William T. Repasky (w/ permission)* |
| David W. Hemminger | William T. Repasky |
| LYNCH, COX, GILMAN & GOODMAN P.S.C. | Frost Brown Todd LLC |
| 500 West Jefferson Street, Suite 2100 | 400 W. Market St., Suite 3200 |
| Louisville, KY 40202 | Louisville, Kentucky 40202 |
| (502) 589-4994 | (502) 589-5400 |
| dhemminger@lynchcox.com | brepasky@fbtlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Kentucky Telco* |
| | *Federal Credit Union* |

| | |
|---|---|
| */s/William R. Brown (w/ permission)* | */s/Aaron M. Healey (w/ permission)* |
| William R. Brown | Margaret Jane Brannon |
| Schuckit & Associates, P.C. | JACKSON KELLY PLLC |
| 4545 Northwestern Drive | 175 East Main Street, Suite 500 |
| Zionsville, IN 46077 | Lexington, KY 40507 |
| (317) 363-2400 | (859) 288-2805 |
| wbrown@schuckitlaw.com | mjbrannon@jacksonkelly.com |
| *Counsel for Trans Union, LLC* | AND |
| | Aaron M. Healey |
| | JONES DAY |
| | 325 John H. McConnell, Blvd., Suite 600 |
| | P.O. Box 165017 |
| | Columbus, Ohio 43216-5017 |
| | (614) 469-3939 |
| | ahealey@jonesday.com |
| | *Counsel for Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/*David W. Hemminger*
David. W. Hemminger

2