IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)


JOHN S. MUIR and LAUREN N. MUIR,    )
    )
    Plaintiffs    )
    )
v.    )    Case No. 3:15-cv-00020-JGH
    )
KENTUCKY TELCO FEDERAL    )
CREDIT UNION, ET AL.    )

** ** ** **

## AGREED ORDER OF DISMISSAL

Come the Plaintiffs, John S. Muir and Lauren N. Muir, and the Defendants, Kentucky Telco

Federal Credit Union, Trans Union, LLC and Experian Information Solutions, Inc., each by the

undersigned counsel, and hereby stipulate and agree that Plaintiff's claims against the Defendants

are hereby dismissed with prejudice, each party to bear its own costs.




AGREED TO AND TENDERED BY:


/s/David W. Hemminger
David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN
P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4994
dhemminger@lynchcox.com
*Counsel for Plaintiffs*

/s/William T. Repasky (w/ permission)
William T. Repasky
Frost Brown Todd LLC
400 W. Market St., Suite 3200
Louisville, Kentucky 40202
(502) 589-5400
brepasky@fbtlaw.com
*Counsel for Kentucky Telco*
*Federal Credit Union*

/s/William R. Brown (w/ permission)          /s/Aaron M. Healey (w/ permission)
William R. Brown                             Margaret Jane Brannon
Schuckit & Associates, P.C.                  JACKSON KELLY PLLC
4545 Northwestern Drive                      175 East Main Street, Suite 500
Zionsville, IN 46077                         Lexington, KY 40507
(317) 363-2400                                (859) 288-2805
wbrown@schuckitlaw.com                       mjbrannon@jacksonkelly.com
Counsel for Trans Union, LLC                 AND
                                             Aaron M. Healey
                                             JONES DAY
                                             325 John H. McConnell, Blvd., Suite 600
                                             P.O. Box 165017
                                             Columbus, Ohio 43216-5017
                                             (614) 469-3939
                                             ahealey@jonesday.com
                                             Counsel for Experian Information
                                             Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
  David. W. Hemminger